UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
YESIS NEFTALI AYALA, on behalf of himself, individually, and on behalf of all others similarly-situated,

                      Plaintiff,

    -against-

ARTICHOKE PIZZA MANAGEMENT LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE 39, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE BUSHWICK, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE BAY RIDGE, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE PARK SLOPE LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and FRANCIS GARCIA, individually, and SAL BASILLE, individually,

                      Defendants.
-------------------------------------------------------------------------X

**NOTICE OF ACCEPTANCE OF DEFENDANTS' OFFER OF JUDGMENT**

Case No. 24-cv-09814-LJL

       PLEASE TAKE NOTICE that, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiff Yesis Neftali Ayala hereby accepts Defendants' Rule 68 offer of judgment, attached hereto as Exhibit A.

Dated: Garden City, New York
        July 18, 2025

                                            Respectfully submitted,

                                            BORRELLI & ASSOCIATES, P.L.L.C.
                                            *Attorneys for Plaintiff*
                                            910 Franklin Avenue, Suite 205
                                            Garden City, New York 11530
                                            Tel. (516) 248-5550
                                            Fax. (516) 248-6027

                           By: _____
                                ANDREW C. WEISS, ESQ. (5560537)

## CERTIFICATE OF SERVICE

I, Andrew C. Weiss, Esq., hereby certify that on this date, July 18, 2025, a true and correct copy of the foregoing *Notice of Acceptance of Defendants' Offer of Judgment*, dated July 18, 2025, was served *via* electronic filing on the following:

Robert J. Ontell, Esq.
ONTELL & ASSOCIATES, P.L.L.C.
*Attorneys for Defendants*
444 Madison Ave., Floor 4
New York, NY 10022
Email: Rob@ontellandassociates.com

_____
ANDREW C. WEISS, ESQ.