UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
YESIS NEFTALI AYALA, on behalf of himself, individually, and on behalf of all others similarly-situated,

                Plaintiff,

    -against-

ARTICHOKE PIZZA MANAGEMENT LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE 39, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE BUSHWICK, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE BAY RIDGE, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE PARK SLOPE LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and FRANCIS GARCIA, individually, and SAL BASILLE, individually,

                Defendants.
------------------------------------------------------------------------X

**[PROPOSED] JUDGMENT**

Case No. 24-cv-09814-LJL

**WHEREAS**, Plaintiff YESIS NEFTALI AYALA ("Plaintiff") initiated this action on December 19, 2024 by the filing of his Complaint (ECF No. 1);

**WHEREAS**, on July 18, 2025, Defendants ARTICHOKE PIZZA MANAGEMENT LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE 39, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE BUSHWICK, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE BAY RIDGE, LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and ARTICHOKE PARK SLOPE LLC, d/b/a ARTICHOKE BASILLE'S PIZZA, and FRANCIS GARCIA, individually, and SAL BASILLE, individually, offered that Plaintiff take judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00), inclusive of

reasonable attorneys' fees, costs, and expenses, which is in full and final settlement of all of Plaintiff's claims alleged against Defendants in this action; and

**WHEREAS**, on July 18, 2025, Plaintiff filed his Notice of Acceptance of this offer; it is

**HEREBY ORDERED AND ADJUDGED** that judgment is entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff, as against Defendants jointly and severally, in the amount of One Hundred Thousand Dollars and Zero Cents ($100,000.00).

SO ORDERED, on the _____ day of _____, 2025, New York, New York:

_____
The Honorable Lewis J. Liman, U.S.D.J.